# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF GEORGIA
# BRUNSWICK DIVISION

RUFUS LEE KING, JR., )
        Petitioner, )    CIVIL ACTION NO.: CV214-046
v. )
UNITED STATES OF AMERICA, )    (Case No.: CR210-4)
        Respondent. )

## ORDER

After an independent review of the record, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court.

The Motion to Vacate Sentence, filed pursuant to 28 U.S.C. § 2255, is **DISMISSED**, with prejudice, as it was not timely filed. The Clerk of Court is hereby authorized and directed to enter an appropriate Judgment of Dismissal.

**SO ORDERED**, this 5 day of November, 2014.

LISA GODBEY WOOD, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)